**Order entered December 21, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01050-CR

**RONNIE CREIGE WILSON, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 3**
**Dallas County, Texas**
**Trial Court Cause No. F-1362751-J**

## ORDER

The State's December 17, 2015 motion for extension of time to file its brief is **GRANTED**, and the brief received by the Court on December 17, 2105 is **ORDERED** filed as of that date.

/s/    MOLLY FRANCIS
PRESIDING JUSTICE